UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on April 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

    Keith and Jennifer Stewart,

    Debtors.

| | |
|---|---|
| Case No. | 17-11312 |
| Judge | CMG |
| Chapter | 7 |
| Hearing Date: | 4/4/17 |

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 5, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor:            Keith and Jennifer Stewart
Case No.:          17-11312 (CMG)
Caption of Order:  Order Reinstating Case

---

**THIS MATTER** having been presented to the Court by Debtors, Keith and Jennifer Stewart, and, for good cause it is

**IT IS HEREBY ORDERED** as follows:

1. The case is reinstated effective as of April 4, 2017.

2. The deadline for the United States Trustee, the Chapter 7 Trustee, creditors and parties in interest to object to the Debtors' discharge and/or the dischargeability of a debt is hereby extended to **June 16, 2017**.

3. Debtors must serve this Order upon United States Trustee, the Chapter 7 Trustee, all creditors, and parties in interest via first class mail within seven (7) days of its entry.

4. Debtors will file a proof of service certifying that they have complied with paragraph 4 of this Order within ten (10) days of the entry of this Order.

5. Failure to comply with the terms of the Order may result in dismissal of the case.